AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

**CRIMINAL COMPLAINT**

vs.

Case No. 3:23-mj-1052-LLL

LUIS ALBERTO VILLAZON
a/k/a John Franklin Urso

I, the undersigned complainant, being duly sworn, state the following is true and correct to the

best of my knowledge and belief.   On or about March 22, 2020, in Columbia County, in the Middle

District of Florida, the defendant,

> did knowingly possess and use, without lawful authority, a means of identification of
> another person, that is, the name, date of birth, and social security number of John
> Franklin Urso, knowing and having reason to know that the means of identification
> belonged to another person, during and in relation to a felony enumerated in 18
> U.S.C. § 1028A(c), that is, for the purpose of fraudulently obtaining a driver license in
> the name of John Franklin Urso and with intent to deceive, falsely representing a
> number to be the social security account number assigned by the Commissioner of
> Social Security to him, when in fact such number was not the social security account
> number assigned by the Commissioner of Social Security to him, in violation of 42
> U.S.C. § 408(a)(7)(B),

in violation of 18 U.S.C. § 1028A(a)(1).   I further state that I am a Special Agent with the United

States Department of Homeland Security, Immigration and Customs Enforcement, Homeland

Security Investigations, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant
Scott R. Kraich

Sworn to before me and subscribed in my presence,

February 6th, 2023     3:29 pm                    at        Jacksonville, Florida

LAURA LOTHMAN LAMBERT
United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

## CRIMINAL COMPLAINT AFFIDAVIT

I, Scott R. Kraich, being a duly sworn and appointed Special Agent for the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations (HSI), hereby make the following statement in support of the attached criminal complaint:

1.     Your affiant has been a Special Agent of HSI since November 2008. Previously, your affiant was employed as a Correctional Probation Senior Officer and Correctional Probation Officer for the Florida Department of Corrections for approximately nine years and six months.  Your affiant has training and experience in the preparation and presentation of criminal complaints and training and experience in the service of arrest warrants.

2.     The information set forth in this affidavit is based on your affiant's personal knowledge as well as information obtained from other sources, as described herein.  Because this affidavit is submitted for the limited purpose of establishing probable cause, this affidavit does not set forth all information known to me regarding this investigation.  Your affiant has only set forth facts sufficient to support a finding of probable cause.

3.     On January 5, 2023, your affiant was told by HSI Task Force Officer (TFO) and Columbia County Sheriff's Office Detective Jennifer Cason that LUIS ALBERTO VILLAZON was arrested for extortion and video voyeurism on November 15, 2022.  TFO Cason told your affiant that on the same date a search

warrant was executed at VILLAZON's residence at ████████████████, Fort White, Florida 32038, and that a Dell OptiPlex computer was seized during the search. She provided your affiant with access to documents and other items recovered from the computer, which your affiant has reviewed, including the following:

a.   A picture containing a black and white image of Florida Driver License Number ████████████ in the name of John Franklin Urso bearing a date of birth of ██████, 1959,[1] and an address of ████████████████ ██████Fort White, Florida 32038. This same picture contains a black and white image of a Social Security Card dated July 6, 2011, in the name of John Franklin Urso bearing Social Security Number ██████- 9640.

b.   A picture containing a black and white image of Florida Driver License Number ████████████ in the name of LUIS ALBERTO VILLAZON bearing a date of birth of ██████, 1959, and an address of ████████████████Fort White, Florida 32038. This same picture contains a black and white image of a State of Florida Concealed Weapon or Firearm License Number ████████████ in the name LUIS A. VILLAZON with a date of birth of ██████, 1959.

_____

[1]   Throughout this affidavit, your affiant has redacted dates of birth, social security numbers, and other personally identifying information, which is information about real people, to keep such information out of the public record. As noted below, John Franklin Urso is deceased.

c.     A picture containing Veterans Affairs (VA) laboratory results in the name of John Urso with a date and time collected of February 26, 2019, at 1237.

d.     A picture containing VA laboratory results in the name of Luis Albert Villazon with a date and time collected of September 26, 2022, at 1220.

e.     A picture of a VA Medical Center Operation Report in the patient name and address of John Urso, ███████████████ Fort White, Florida 32038, and a date of surgery of September 19, 2012.

f.     A picture of a VA Medical Center Operation Report in the patient name and address of Luis Albert Villazon, ███████████████ Fort White, Florida 32038, DOB: ████/1977, and a date of surgery of September 19, 2021.

g.     A Florida Department of Children and Families (DCF) Access Florida application regarding "John". The application reflects a submission date of May 3, 2021, and a household living address of ██████████ ███████████ Fort White, Florida 32038.

4.     On January 17, 2023, TFO Cason told your affiant that she spoke with William Dees, Sergeant at the United States Department of Veterans Affairs Police in Lake City, Florida, who stated that there is no record for John Franklin Urso at the Department of Veterans Affairs, but there is a record for LUIS ALBERTO VILLAZON.

5.      Your affiant obtained and reviewed six color photographs of John Franklin Urso dated from November 5, 1998, until March 22, 2020, and nine color photographs of LUIS ALBERTO VILLAZON dated from September 3, 1999, until July 2, 2019, from the Florida Driver and Vehicle Information Database (DAVID). These photographs all appear to depict the same person.

6.      On January 9, 2023, your affiant called the U.S. Immigration and Customs Enforcement (ICE) Law Enforcement Support Center (LESC) and spoke with Benjamin Mosher, Law Enforcement Specialist. Mosher told your affiant that VILLAZON was born in Cuba, that he had become a naturalized United States Citizen effective December 16, 1983, that his date of birth was ███████, 1959, that his Alien Number was ████5658, and that his U.S. Passport Number was ████3537. Mosher also provided your affiant with an Application for a U.S. Passport for LUIS ALBERTO VILLAZON with a date of birth of ███████, 1959, and a Social Security Number of █████-6134. The color photograph on this application appears to depict the same person as the six DAVID photographs of John Franklin Urso and the nine DAVID photographs of LUIS ALBERTO VILLAZON.

7.      On January 9, 2023, your affiant was told by Roger Coursey, Special Agent with the Social Security Administration Office of Inspector General, that Social Security Number ██████-9640 is a valid social security number assigned to John Franklin Urso with a date of birth of ████, 1959, and that Social Security

4

Number ███-6134 is a valid social security number assigned to LUIS ALBERTO VILLAZON with a date of birth of ███, 1959.

8.      On February 1, 2023, Coursey told your affiant that he located several possible siblings for John Franklin Urso, including Nancy Weymer. Coursey told your affiant that on January 11, 2023, he contacted Weymer and interviewed her telephonically. Weymer identified herself as the sister of John Franklin Urso and stated that Urso died in 1976, at the age of 17. Weymer relayed that Urso was diagnosed with a brain tumor and that he suffered for approximately a year and a half before he passed away.

9.      On January 9, 2023, your affiant received information from Yvette Tyler, Domestic Security Intelligence Analyst with the Columbia County Sheriff's Office. Tyler had received information from the New York Department of Motor Vehicles, which your affiant reviewed, reflecting that New York Driver License Number ███ had been issued in the name of John F. Urso with a date of birth of ███ 1959, and a Social Security Number ending in 9640. On August 13, 1998, a color photograph was captured in association with this New York Driver License, which your affiant reviewed. The color photograph captured in association with the New York Driver License of John F. Urso and the color photographs from DAVID of John Franklin Urso and LUIS ALBERTO VILLAZON appear to depict the same person.

10.     On January 18, 2023, your affiant spoke with Shane Greenwood, Branch Manager for the Duval County Tax Collector's Office, who provided the following information. Your affiant also obtained and reviewed documents from DAVID that confirmed much of the information.

a.      On November 5, 1998, LUIS ALBERTO VILLAZON went in person to the Florida Department of Highway Safety and Motor Vehicles Office located at 4520 Ponce De Leon Blvd., Coral Gables, Florida 33146. During this visit, VILLAZON completed an application for a driver license and presented New York Driver License Number █████████ that was issued in the name of John F. Urso with a date of birth of ████, 1959, as proof of identification. VILLAZON then obtained Florida Driver License Number ████████████ in the name of John F. Urso with a date of birth of ████, 1959, and an address of ██████████████ Miami, Florida 33130. A digital photograph was taken of VILLAZON, and he digitally signed under the following statement: "Under penalty of perjury, I swear or affirm that the information given by me in this application is true and correct."

b.      On October 30, 2001, VILLAZON went in person to the Florida Department of Highway Safety and Motor Vehicles Office located at 5830 N.W. 34th Street, Gainesville, Florida 32653. During this visit, VILLAZON surrendered New York Driver License Number

6

██████ issued in the name of John F. Urso with a date of birth of ██████, 1959.  VILLAZON then obtained a replacement Florida Driver License Number ████████████ in the name of John F. Urso, with a date of birth of ████, 1959, and an address of ████████████, High Springs, Florida 32643.  A digital photograph was taken of VILLAZON, and he digitally signed under the following statement: "Under penalty of perjury, I swear or affirm that the information given by me in this application is true and correct."

c.   On September 2, 2005, VILLAZON applied on-line or by mail and was issued a renewal Florida Driver License Number ██████████████ in the name of John F. Urso with a date of birth of July █, 1959, and an address of ██████████████ Archer, Florida 32618.  With the application, VILLAZON digitally signed under the following statement: "Under penalty of perjury, I swear or affirm that the information given by me in this application is true and correct."

d.   On July 27, 2006, VILLAZON applied on-line or by mail and was issued a replacement Florida Driver License Number ██████████████ in the name of John F. Urso with a date of birth of ████, 1959.  With the application VILLAZON digitally signed under the following statement: "Under penalty of perjury, I swear or affirm that the information given by me in this application is true and correct."

7

e.    On July 6, 2011, VILLAZON went in person to the Columbia County Tax Collector's Office located at 1350 W. U.S. Highway 90, # 103, Lake City, Florida 32055.  During this visit, VILLAZON presented a State of New York Certified Transcript of Birth in the name of John Franklin Urso with a date of birth of ▮▮▮▮, 1959.  VILLAZON also presented a Social Security document dated July 6, 2011, that stated, "Our records indicate that Social Security Number ▮▮▮-9640 is assigned to John Franklyn Urso".  The bottom of this document is stamped "Social Security Administration, 1348 S.W. Bascom Norris Dr., Lake City, Florida 32055."  VILLAZON also provided as proof of residence a Florida Fish and Wildlife Conservation Commission license in the name of John F. Urso, Customer #▮▮▮▮▮▮ with an address of ▮▮▮▮▮▮▮▮ Ocala, FL 34470.  VILLAZON renewed Florida Driver License Number ▮▮▮▮▮▮ in the name of John Franklin Urso with a date of birth of ▮▮▮, 1959, and an address of ▮▮▮▮▮▮▮▮▮ Ocala, Florida 34470.  A digital photograph was taken of VILLAZON, and he digitally signed under the following statement: "Under penalty of perjury, I swear or affirm that the information given by me in this application is true and correct."

f.    On March 22, 2020, VILLAZON applied on-line and renewed Florida Driver License Number ▮▮▮▮▮▮ in the name of John

8

Franklin Urso with a date of birth of ███, 1959, and an address of ███ ███████████████████████ Florida 32038. This license had expired on July 6, 2019, but was renewed with an expiration date of July 6, 2028. With the application, VILLAZON digitally signed under the following statement: "Under penalty of perjury, I swear or affirm that the information given by me in this application is true and correct."

11.    DAVID records that your affiant has reviewed show that during the same period that VILLAZON obtained and renewed a Florida Driver License in the name of John Franklin Urso, he also obtained and renewed a Florida Driver License in his own name. The earliest records reflect that on September 3, 1999, VILLAZON renewed Florida Driver License Number ███████████ in the name of LUIS ALBERTO VILLAZON with a date of birth of ████ 1959 and a Social Security Number of ████-6134. The records reflect that VILLAZON subsequently renewed or replaced this driver license on May 16, 2000, February 6, 2001, July 23, 2004, June 19, 2008, May 24, 2011, and July 2, 2019. The license presently has an expiration date of August 9, 2027.

Based on the foregoing, your affiant believes there is probable cause to establish that on March 22, 2020, LUIS ALBERTO VILLAZON knowingly possessed and used, without lawful authority, a means of identification of another person, that is, the name, date of birth, and social security number of John Franklin Urso, knowing and having reason to know that the means of identification belonged

to another person, during and in relation to a felony enumerated in 18 U.S.C. § 1028A(c), that is, for the purpose of fraudulently obtaining a driver license in the name of John Franklin Urso and with intent to deceive, falsely representing a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number was not the social security account number assigned by the Commissioner of Social Security to him, in violation of 42 U.S.C. § 408(a)(7)(B), all in violation of 18 U.S.C. § 1028A(a)(1).

Scott R. Kraich, Special Agent
Homeland Security Investigations
Immigration and Customs Enforcement
Department of Homeland Security
Jacksonville, Florida